STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT
P.O. Box 16577
Lake Charles LA 70616
(337) 433-9403

Tracy L. Oakley
Attorney at Law
Post Office Drawer 1867
Ruston LA 71273-1867

**REHEARING ACTION: July 30, 2014**

**Docket Number: 14   00106-CA**

**VERONICA VAUGHN
VERSUS
AAA INSURANCE, CO., ET AL.**

**Appealed from Natchitoches Parish Case No. C-85224, Div. B**

**BEFORE JUDGES:**

     Hon. John D. Saunders
     Hon. James T. Genovese
     Hon. John E. Conery

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Safeway Insurance Company of Louisiana** has this day been

     **DENIED.**
     Conery, J., would grant the rehearing on the issue of penalties and
     attorney's fees.

cc: Joseph Payne Williams, Counsel for the Appellee